# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| KENDRA MABRY *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:16-CV-402-JVB-JEM |
| | ) | |
| CITY OF EAST CHICAGO, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Extend Time to File Brief, Motion and Proposed Amended Complaint [DE 79], filed by Plaintiffs on October 25, 2017. Plaintiffs request an extension of the deadline for leave to file a motion to amend their Complaint through the later of November 22, 2017, or 28 days after the last pending motion to dismiss has been ruled on. However, the deadline for requesting leave to amend the Complaint is currently twenty-eight days after a ruling has been entered on the last of the currently pending motions to dismiss.

Accordingly, the Court hereby **DENIES as moot** Plaintiffs' Motion to Extend Time to File Brief, Motion and Proposed Amended Complaint [DE 79].

SO ORDERED this 27th day of October, 2017.

                                                    s/John E. Martin  
                                                  MAGISTRATE JUDGE JOHN E. MARTIN  
                                                  UNITED STATES DISTRICT COURT

cc:    All counsel of record