UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| KENDRA MABRY, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | CAUSE NO. 2:16-CV-402-JVB-JEM |
| | ) | |
| CITY OF EAST CHICAGO, *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendants East Chicago Housing Authority and Tia Cauley's Motion to Stay [DE 102], filed on May 27, 2020, Defendants', City of East Chicago and Anthony Copeland, Motion to Join Defendants', East Chicago Housing Authority and Tia Cauley, Motion to Stay [DE 111], and Plaintiffs' Motion to Join Defendants' East Chicago Housing Authority and Tia Cauley's, Motion to Stay [DE 117], filed July 2, 2020.Defendants ECHA and Cauley request that discovery be stayed during the currently-pending motion to amend complaint and any related motions to dismiss that arise if amendment is permitted, and the other parties join the request.

The Court has wide discretion to determine the scope and manner of discovery. *Thermal Design, Inc. v. American Soc'y of Heating, Refrigerating and Air–Conditioning Engrs., Inc.*, 755 F.3d 832, 839 (7th Cir. 2014); *Patterson v. Avery Dennison Corp.*, 281 F.3d 676, 681 (7th Cir. 2002); *see also* Fed. R. Civ. P. 1 (the Federal Rules of Civil Procedure should be "construed, administered, and employed by the Court" to "secure the just, speedy, and inexpensive determination of every action"). A stay of discovery is considered on a case-by-case basis, but is generally appropriate in a situation with a pending motion that may be dispositive. *See Duneland*

1

*Dialysis LLC v. Anthem Ins. Companies, Inc.*, No. 409-CV-36-RLM-PRC, 2010 WL 1418392, at *2 (N.D. Ind. Apr. 6, 2010). In this case, there is a question of what parties and what claims will be part of this case, and the parties agree that beginning discovery before that determination has been made is inappropriate.

Accordingly. Upon review of the instant Motions and noting the agreement of the parties, the Court hereby **GRANTS** Defendants East Chicago Housing Authority and Tia Cauley's Motion to Stay [DE 102], filed on May 27, 2020, Defendants', City of East Chicago and Anthony Copeland, Motion to Join Defendants', East Chicago Housing Authority and Tia Cauley, Motion to Stay [DE 111], and Plaintiffs' Motion to Join Defendants' East Chicago Housing Authority and Tia Cauley's, Motion to Stay [DE 117] and **ORDERS** that discovery in this matter is stayed until ruling on Plaintiffs' Motion to Amend Complaint. If an additional stay is required, the parties may request it at that time.

SO ORDERED this 7th day of July, 2020.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:     All counsel of record