UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KENDRA MABRY, *et al.*, </br>     Plaintiffs, </br> </br> v. </br> </br> CITY OF EAST CHICAGO, *et al.*, </br>     Defendants. | ) </br> ) </br> ) </br> )    CAUSE NO.: 2:16-CV-402-JVB-JEM </br> ) </br> ) </br> ) |

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss [DE 129] filed on May 26, 2021. The Court referred this motion to Magistrate Judge John Martin for a report and recommendation under 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Local Rule 72-1. [DE 132]. Judge Martin issued his Amended Report and Recommendation [DE 153] on October 20, 2021, in which he recommended that the Court grant the motion to dismiss. The parties were given notice that they had fourteen days in which to file objections to the report and recommendation. No party has filed objections.

Having reviewed the report and recommendation, the Court finds no clear error. Therefore, noting the lack of objection, the Court hereby **ADOPTS** in its entirety Judge Martin's Amended Report and Recommendation [DE 153] and incorporates the Amended Report and Recommendation into this Order. Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss [DE 129], **DISMISSES** Counts III, IV, V, and VII, and **DISMISSES** Counts VIII and IX insofar as they assert claims for the personal liability of Anthony Copeland and Tia Cauley for the Fair Housing Act disparate impact claims, the claim for violation of Section 1982, and the claim for violation of due process.

SO ORDERED on November 4, 2021.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN, JUDGE
UNITED STATES DISTRICT COURT